**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM HENRY MCCANCE,<br>SUSAN MARIE LEMOINE, and<br>STONEX SECURITIES INC.<br><br>PLAINTIFFS,<br><br>v.<br><br>GEORGE WILSON, JEAN WILSON,<br>JANICE ALMELEH, and<br>DELUVINA LOPEZ<br><br>DEFENDANTS. | Civ. A. No. ______________ |
| AGES FINANCIAL SERVICES, LTD.<br><br>PETITIONER<br>v.<br><br>GEORGE WILSON, JEAN WILSON, and<br>JANICE ALMELEH,<br><br>RESPONDENTS. | |

**AFFIDAVIT OF KIRSTEN PATZER**

I, Kirsten Patzer, duly swear and affirm as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and a partner at the law firm of Prince Lobel Tye LLP.
2. Prince Lobel Tye LLP represents Plaintiffs, William Henry McCance, Susan Marie LeMoine, and StoneX Securities Inc. in FINRA Arbitration No. 24-02192, stylized as

*George Wilson, Jean Wilson, Janice Almeleh, and Deluvia Lopex v. William Henry McCance and Susan Marie LeMoine, and StoneX Securities Inc*. (the "Wilson Arbitration")

3. I served as counsel to Petitioner, AGES Financial Services, Ltd. ("AGES") in FINRA Arbitration captioned *George Wilson, individually and on behalf of the George Wilson IRA, Janice Almeleh, Deluvina Lopex, Alan Bulotsky and Toby Bulotsky, individually and as Trustees of the Tob D. Bulotsky Trust, Jean Wilson, individually and on behalf of the Jean Wilson IRA, and Grace Lutheran Church Fremont, Ohio v. AGES Financial Services Ltd..*, FINRA Dispute Resolution Case No. 22-01490 (the "AGES Arbitration").
4. I make this affidavit in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief and AGES' Petition to Partially Vacate Arbitration Award pursuant to the Federal Arbitration Act (the "FAA") § 10 to vacate the arbitration award entered in the Arbitration dated (the "Arbitration Award")
5. This affidavit is based upon my personal knowledge and upon knowledge obtained from the books and records kept in the normal course of business of Plaintiffs and Petitioner.
6. Annexed to this affidavit as exhibits are true and accurate copies of the following documents:

| | |
|---|---|
| Exhibit A | The Amended Statement of Claim filed by George Wilson, Jean Wilson, Janice Almeleh, Deluvina Lopez, Toby Bulotsky, Alan Bulotsky, and Grace Lutheran Church in the AGES Arbitration (without exhibits). |
| Exhibit B | The Arbitration Award entered in the AGES Arbitration. |
| Exhibit C | The Statement of Claim filed by George Wilson, Jean Wilson, Janice Almeleh, and Deluvina Lopez in the Wilson Arbitration (without exhibits). |

| | |
|---|---|
| Exhibit D | FINRA Arbitration Submission Agreement for AGES Financial Services, Ltd. |
| Exhibit E | FINRA Arbitration Submission Agreement for George Wilson, Jean Wilson, Janice Almeleh, and Deluvina Lopez |
| Exhibit F | April 18, 2024 correspondence from A. Weinstein to FINRA |
| Exhibit G | Claimants Pre-Hearing Brief in the AGES Arbitration |
| Exhibit H | AGES Motion to Sever |
| Exhibt I | Notice to FINRA re AGES withdrawing Motion to Sever |
| Exhibit J | Sanctions Order dated April 24, 2024 |
| Exhibit K | Motion to Enforce Sanctions |
| Exhibit L | Opposition to Motion to Enforce Sanctions and Motion to Reconsider Same |
| Exhibit M | Sanctions Order dated June 14, 2024 |
| Exhibit N | Certificate of Out-of-State Attorney Arbitration Counsel for A. Weinstein |

Dated: 6 December 2024

Kirsten Patzer