UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM HENRY MCCANCE, SUSAN MARIE LEMOINE, and STONEX SECURITIES INC. | ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| v. | ) ) | Civ. A. No. 1:24-cv-13028-LTS |
| GEORGE WILSON, JEAN WILSON, JANICE ALMELEH, and DELUVINA LOPEZ | ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

### NOTICE OF APPEAL

Notice is hereby given that William Henry McCance and Susan Marie LeMoine, the Plaintiffs in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the United States District Court of Massachusetts entered in this action on April 17, 2025.

PATZER LAW GROUP
*Attorneys for Plaintiffs William H. McCance, Susan M. LeMoine, and StoneX Securities, Inc., and Petitioner, AGES Financial Services, Ltd.*

Kirsten Patzer, BBO # 668564
6 Spring Garden Street
Boston, Massachusetts 02125
Telephone: 617.9718490
kpatzer@patzerlaw.com

1

**CERTIFICATE OF SERVICE**

    I, Kirsten Patzer, certify that the foregoing filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent to those via electronic mail to those indicated as non-registered participants on this 20th day of April 2025.

                                                Kirsten Patzer